UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY ⎯⎯ D.C.

00 MAY 24  AM 10: 3ː

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, Memphis

Robert R. Di Trolio, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

*Deputy in Charge*
U. S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(901) 421-9200

## NOTICE OF RE-SETTING
### Before Judge Bernice B. Donald, United States District Judge

May 23, 2000

RE:   2:97cr20041-001-D & 2:97cr20043-001-D
      *USA v. STEPHEN L. BARKER*

Dear Sir/Madam:

A **RE-SENTENCING HEARING** has been **RE-SET** before **Judge Bernice B. Donald** for **TUESDAY, MAY 30, 2000 at 10:30 A.M.** in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *Jeremy Williams*
Jeremy Williams, Case Manager
901-495-1242



N O T I C E   O F   D I S T R I B U T I O N

This notice confirms a copy of document docketed as number 83 in case 2:97-cr-20043 was distributed by fax, mail, or direct printing on May 24, 2000 to the parties listed.


Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main Street
Suite 800
Memphis, TN 38103
Fax: (901)544-0854


Thomas J. Gibson
FEDERAL PUBLIC DEFENDER'S OFFICE
100 North Main
Ste. 410
Memphis, TN 38103


Steven Lewis Barker
FCI-MEMPHIS
P.O.BOX 34550
Memphis, TN 38134


Honorable Bernice Donald
US DISTRICT COURT